MAX LORINCZ, Respondent, *v.* PARTOS REALTY CORPORATION, Appellant.

(Submitted April 14, 1931; decided May 12, 1931.)

*Abraham J. Halprin* for appellant.
*Louis Boehm* and *Samuel Zeiger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.